

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2015

No. 04-15-00214-CV

**IN RE** Juan Miguel **MATA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

On September 10, 2015, real party in interest Maria Elena Mata n/k/a Maria Elena Frazier, filed a motion for extension of time to file a response to relator's supplemental petition for writ of mandamus. The motion is GRANTED. Any response to the supplemental petition for writ of mandamus on behalf of the real party in interest should be filed in this court no later than October 15, 2015.

It is so **ORDERED** on September 11, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2714, styled *In the Matter of Maria Elena Mata and Juan Miguel Mata*, pending in the County Court, Dimmit County, Texas, the Honorable Amado Abascal presiding.